**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Action** |
| | : | |
| **v.** | : | |
| | : | **No. 26-18** |
| **DERRICK CHAPPELLE** | : | |

## ORDER

AND NOW, this 17th day of July, 2026, upon consideration of Defendant Derrick Chappelle's Motion to Suppress Physical Evidence, ECF No. 37, the Government's response, ECF No. 38, the evidence presented at the suppression hearings held on June 8, 2026 and July 8, 2026, and for the reasons stated in the accompanying Memorandum, it is ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

_____
Hon. Mia R. Perez